```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
ACUITAS CAPITAL, LLC,                                                   :
                                                                        :
                                    Plaintiff,                          :    23 Civ. 2124 (PAE)
                                                                        :
                        -v-                                             :    ORDER
                                                                        :
IDEANOMICS, INC.,                                                       :
                                                                        :
                                    Defendant.                          :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

On March 14, 2023, the Court scheduled a hearing in this case for March 29, 2023, and directed that defendant Ideanomics, Inc. ("Ideanomics") respond to plaintiff Acuitas Capital, LLC's ("Acuitas") order to show cause by March 22, 2023. Dkt. 13.

Based on its review of Ideanomics's request for a one-week adjournment of the hearing, Dkt. 17, and Acuitas's response, Dkt. 18, including Acuitas's articulation of the need for prompt relief, the Court grants a two-day adjournment of the hearing, to March 31, 2023 at 3 p.m. at Courtroom 1305 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Ideanomics's opposition to the order to show cause shall be due on or before March 24, 2023; Acuitas's reply shall be due on or before March 28, 2023.

SO ORDERED.

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge

Dated: March 20, 2023
       New York, New York