UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ACUITAS CAPITAL, LLC,

                              Plaintiff,

          -v-

IDEANOMICS, INC.,

                              Defendant.

23 Civ. 2124 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court directs plaintiff to file, by Friday, March 31, 2023 at 10 a.m., a proposed order granting the injunctive relief sought.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2023
       New York, New York